OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 17. 2015

**6/17/2015**
**HAINES, RODNEY STEVE    Tr. Ct. No. A05-210-1                WR-83,380-02**
This is to advise that the Court has denied without written order the application for
writ of habeas corpus.

Abel Acosta, Clerk

RODNEY STEVE HAINES
TERRELL UNIT - TDC # 1347799
1300 FM 655
ROSHARON, TX  77583                                R E F

MEBN3B  77583